**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**LARRIE LITTLE** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:26CV159-JDM-RP**

**PARKER HANNIFIN CORP., RACOR DIV.** **DEFENDANT**

**ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY**

The plaintiff Larrie Little has filed multiple motions to compel discovery. ECF 53, 58, 65. However, none of the motions quotes the disputed language as required by Local Uniform Civil Rule 37(b), and as such each motion must be denied without prejudice pursuant to Local Uniform Civil Rule 37(c).

Further, it appears that many of the discovery requests that are the subject of the plaintiff's motions were discussed during a discovery status teleconference the undersigned conducted with the parties on October 2, 2026 at the plaintiff's request pursuant to paragraph 6.F.4 of the Case Management Order. The discovery disputes discussed during that status conference were tentatively resolved pending the defendant's production of additional information and/or the defendant's admission of or stipulation to certain facts. There is nothing in the minutes of that status conference reflecting that the discovery disputes discussed therein remained unresolved and that the plaintiff could therefore proceed with a motion to compel, as would be reflected in the minutes if that were the case.

Therefore, the plaintiff's motions to compel are DENIED without prejudice. The plaintiff must request a teleconference with the undersigned to discuss any unresolved discovery disputes before filing a motion to compel. Further, in the event such a teleconference is

unsuccessful in resolving the disputes, any motion to compel must comply with the court's procedural rules.

SO ORDERED, this, the 21st day of October, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE